In the matter of the appeal from an order of the orphans court of the county of. Passaic admitting to probate a paper-writing as the last will and codicil of DWIGHT ASHLEY, deceased.

[Decided October 15th, 1928.]

On appeal from a decree of the prerogative court.

*Mr. Arthur T. Vanderbilt,* for the appellant.

*Mr. William B. Gourley,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Lewis, and reported in *102 N. J. Eq. 346.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ.  15.